*E-Filed 6/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIC ANDRE GOINS, | No. C 10-0862 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| FRANK X. CHAVEZ, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Pursuant to petitioner's notice of voluntary dismissal (Docket No. 9), this action is terminated. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

Accordingly, all pending motions (Docket Nos. 7 & 8) are DENIED. The order to show cause (Docket No. 4) is VACATED. The parties are relieved of the responsibilities imposed by that order.

1   The Clerk shall terminate all pending motions, enter judgment in favor of respondent,
2 and close the file.
3   This order terminates Docket Nos. 7 & 8.
4   **IT IS SO ORDERED**.

5  DATED: June 21, 2010

6   _____
    RICHARD SEEBORG
7   United States District Judge